**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000146
29-MAR-2021
08:01 AM
Dkt. 41 OAWST

NO. CAAP-20-0000146

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
PHILIP CABILES, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1FFC-19-0001153)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Ginoza, C.J., and Hiraoka and Wadsworth, JJ.)

Upon consideration of the stipulation for dismissal of appeal filed on March 10, 2021, by Defendant-Appellant Philip Cabiles (Cabiles), the papers in support, and the record, it appears that the parties stipulate to dismiss this docketed appeal, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), and attached to the stipulation for dismissal of appeal is Cabiles' declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation for dismissal of appeal is approved and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, March 29, 2021.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge